Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000869
01-OCT-2015
10:46 AM

NO. CAAP-12-0000869

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
MAKUOLA KEALIIKEKAI COLLINS, also known as Maku,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-0077)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on September 17, 2015, is hereby corrected as follows:

1. On page 5, in the ninth line from the bottom of the page, the word "the" between "passed" and "Collins'" should be deleted so that as corrected, the text reads: . . . passed Collins' house . . . .

2. On page 5, in the seventh line from the bottom of the page, the apostrophe after "Collins" should be deleted so that as corrected the text reads: . . . the Collins group . . . .

3. On page 7, in the seventh line of the second paragraph, the word "scuffing" should be replaced with "scuffling".

4. On page 12, in footnote 7, a comma should be inserted between ""Maku"" and "apparently" so that as corrected, the text reads: . . . nickname is "Maku," apparently from . . . .

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

5. On page 13, in the third line from the bottom of the page, the word "the" should be replaced with "that" so that as corrected, the text reads: Collins admitted that he . . . .

6. On page 15, in the first line, the word "saw" should be inserted between "then" and "a" so that as corrected, the text reads: . . . then saw a car drive . . . .

7. On page 15, in the twenty-first line, the word "a" between "mad" and "Joel" should be replaced with "at" so that as corrected the text reads: . . . mad at Joel . . . .

8. On page 20, in the fourth line of the first paragraph, the word "that" between "at" and "time" should be replaced with "the" so that as corrected, the text reads: . . . at the time he was . . . .

9. On page 21, in the tenth line, the word "that" between "at" and "time" should be replaced with "the" so that as corrected, the text read: . . . at the time he was . . . .

10. On page 25, at the end of the last sentence of the first paragraph after the block-quoted material, a close quotation mark should be inserted after the period and before the reference to footnote 10 so that as corrected, the text reads: . . . the shooting)."[10] . . . .

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, October 1, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge